UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                        :     CASE NO. 05-20539
                                                    CHAPTER 13
WILLIAM L. HUGHBANKS
JANET L. HUGHBANKS                            :     JUDGE JEFFERY P. HOPKINS
        DEBTORS
                                              :     NOTICE OF TRANSMITTAL OF
                                                    UNCLAIMED FUNDS

        Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

        The Trustee has made numerous attempts to contact the debtor(s).  Final Report has been filed in
this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916281    | $291.16 |

Debtors Address
WILLIAM L. HUGHBANKS
JANET L. HUGHBANKS
1702 MAPLE GROVE ROAD
MT. ORAB, OH  45154

                                        Respectfully submitted,


                              /s/     Margaret A. Burks, Esq.
                                      Margaret A. Burks, Esq.
                                      Chapter 13 Trustee
                                      Attorney No. OH 0030377

                                      Francis J. DiCesare, Esq.
                                      Staff Attorney
                                      Attorney No. OH 0038798

                                      Karolina F. Perr, Esq.
                                      Staff Attorney
                                      Attorney No. OH 0066193

                                      600 Vine Street, Suite 2200
                                      Cincinnati, OH 45202
                                      (513) 621-4488
                                      (513) 621 2643 (Facsimile)
                                      mburks@cinn13.org - Correspondence only
                                      fdicesare@cinn13.org
                                      kperr@cinn13.org
                                      cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, December 16, 2009.


/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.


Debtor(s)
WILLIAM L. HUGHBANKS
JANET L. HUGHBANKS
1702 MAPLE GROVE ROAD
MT. ORAB, OH  45154

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
8080 BECKETT CENTER DRIVE
SUITE 217
WEST CHESTER,, OH  45069


U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Debtors